```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DAMIAN GRANT,                                                  :
:
:
                                              Plaintiff,      :         1:24-cv-4968-GHW
:
              -against-                                        :
:                          ORDER
NONSTOP COURIERS INC., *et al.*,                               :
:
                                              Defendants.     :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on July 1, 2024.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 15, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: July 3, 2024

                                                                                   _____
                                                                                  GREGORY H. WOODS
                                                                              United States District Judge