```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
DAMIAN GRANT, :
:
Plaintiff, :
:
-v- :
: 1:24-cv-4968-GHW
NONSTOP COURIERS INC., *et al.*, :
: ORDER
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court observes that on August 6, 2024, counsel for Plaintiff filed a discovery related document on the docket of this case. Dkt. No. 13. The Court directs counsel to review and comply the with Federal Rules of Civil Procedure and the ECF Filing Rules, in particular, Federal Rule of Civil Procedure 5(d)(1) and ECF Rule 13.20. That ECF Rule reads as follows: "[s]hould discovery related requests and responses be electronically filed? No. Most discovery related requests and responses 'must not be filed until they are used in the proceeding or the court orders filing . . .' (see Fed. R. Civ. P. 5(d)(1)). When the filing of discovery related material is appropriate only relevant excerpts should be filed (see Local Civil Rule 5.1 and ECF Rule 5.2)." Federal Rule of Civil Procedure 5(d)(1)(A) specifically addresses whether Rule 26 disclosures should be filed; it does not permit the filing made by Plaintiff's counsel here. The Court has not ordered this discovery material to be filed, and it is not being used in the proceeding. Therefore, it was not properly filed in the docket of this case. The Court again directs counsel for Plaintiff to comply with the Federal Rules of Civil Procedure and the ECF Filing Rules.

SO ORDERED.

Dated: August 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge